UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEONEL MARTINEZ-VILLASENOR,<br><br>　　　　　　　Defendant. | NO: 2:16-CR-0157-TOR<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

BEFORE THE COURT are the government's Amended Motion for Order of Dismissal Without Prejudice (ECF No. 28) and Motion to Expedite (ECF No. 29). The Court has reviewed the motions and the file herein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

//

//

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

Accordingly, IT IS HEREBY ORDERED:

1. The government's Amended Motion for Order of Dismissal Without Prejudice (ECF No. 28) and Motion to Expedite (ECF No. 29) are **GRANTED**.

2. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** November 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 2